FILED

12/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0496

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0496

| | | |
|---|---|---|
| IN THE MATTER OF AUSTIN MILES KNUDSEN, | ) | ODC File No. 21-094 |
| | ) | |
| | ) | |
| An Attorney at Law, | ) | |
| | ) | |
| Respondent. | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANT EXTENSION

Upon consideration of Respondent's motion for a 15-day extension of time, and good cause appearing therefor, Respondent is granted an extension of time to and including January 6, 2025, within which to prepare, serve, and file the Respondent's Objections.

**ELECTRONICALLY DATED AND SIGNED BELOW**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 16 2024